UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 18-cr-00246-02 |
| VERSUS | JUDGE DONALD E. WALTER |
| JULIO ELIZAGARATE | MAGISTRATE JUDGE KAY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #241], and in the transcript previously filed herein, [Doc. #235] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #234], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **JULIO ELIZAGARATE** on September 5, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 9th day of September, 2019.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE